FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>vs.<br>Phillip H. Cole, Jr.<br>　　　　　　Defendant. | Case No.: CR-10-1192-PSG<br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_, for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] (supervised release); and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　　( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

_____

_____

1
2
3       and/or
4  B.   [X] The defendant has not met his/~~her~~ burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7       finding is based on _allegations in the charging document concerning_
8       _driving under the influence of alcohol and/or drugs; evidence_
9       _of alcohol and substance abuse by the defendant while_
10      _under supervised release; and defendant's criminal history._
11      _Defendant did not present evidence to meet his burden of showing_
12 [he] _is not likely to pose a danger to the safety of the community._
13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14 revocation proceedings.
15
16 DATED: 5/23/2016                         _/s/ Al MacK_
17                                          ALEXANDER F. MACKINNON
                                            UNITED STATES MAGISTRATE JUDGE